Alan Van Praag
Edward W. Floyd
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
avanpraag@evw.com
efloyd@evw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MERCURIA ENERGY TRADING S.A., and
THE OWNERS OF THE CARGO LOADED             Case No. 11 Civ. 5333 (DLC)(KNF)
ONBOARD THE M/V ENERGY PUMA
ON OR ABOUT 31 JULY 2010,                  ECF CASE

                    Plaintiffs,          **RULE 7.1 STATEMENT**

         - against -

STARR INDEMNITY & LIABILITY COMPANY,
STARR MARINE AGENCY, INC., SAYBOLT LP,
ROUGHSTONE MARINE LTD., ENTERPRISES
SHIPPING AND TRADING S.A., and GOLDEN
ENERGY MANAGEMENT S.A.,

                    Defendants.
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs certifies that the following are  the corporate parents, affiliates and/or subsidiaries of said

party, which are publicly held.

**NONE**

Dated: New York, New York
       July 29, 2011

                EATON & VAN WINKLE LLP

         By:      <u>s/Edward W. Floyd</u>
                    Edward W. Floyd

              3 Park Avenue
              New York, New York 10016-2078
              (212) 779-9910

              *Attorneys for Plaintiffs*